UNITED STATES BANKRUPTCY COURT
MIDDLE DISTRICT OF NORTH CAROLINA

IN RE:

DALE FRANKLIN WILLIAMS JR  
5108 CAROLWOOD DRIVE  
GREENSBORO, NC  27407

CASE NO. 19-11377  
JUDGE BENJAMIN A. KAHN

DEBTOR

SSN(1) XXX-XX-3781

DATE: 10/15/2020

## REPORT OF FILED CLAIMS

Pursuant to 11 U.S.C. §704(5), the trustee has examined the proofs of claims filed in this case and objected to the allowance of such claims as appeared to be improper except where no purpose would have been served by such objection. After such examination and objections, if any, the trustee states that claims should be deemed allowed or "not filed" as indicated below.

| NAME & ADDRESS OF CREDITOR | AMOUNT | CLASSIFICATION |
|---|---|---|
| BAYVIEW LOAN SERVICING LLC<br>4425 PONCE DE LEON BLVD 5TH FL<br>CORAL GABLES, FL  33146 | $27,648.52<br>INT: 13.00%<br>NAME ID: 49871<br>CLAIM #: 0004 | (F) FULL PAY MH/RP - SECURED<br><br>ACCT: 7632<br>COMMENT:  DT RERP,FLPY |
| BLUE CROSS BLUE SHIELD<br>P O BOX 2291<br>DURHAM, NC  27702 | $0.00<br>INT: .00%<br>NAME ID: 14711<br>CLAIM #: 0010 | (U) UNSECURED<br>NOT FILED<br>ACCT: 7478<br>COMMENT: |
| CLEARWIRE<br>5125 W OQUENDO RD STE 6<br>LAS VEGAS, NV  89118 | $0.00<br>INT: .00%<br>NAME ID: 122654<br>CLAIM #: 0011 | (U) UNSECURED<br>NOT FILED<br>ACCT: 4211<br>COMMENT: |
| CONE HEALTH<br>P O BOX 26580<br>GREENSBORO, NC  27415 | $0.00<br>INT: .00%<br>NAME ID: 129021<br>CLAIM #: 0012 | (U) UNSECURED<br>NOT FILED<br>ACCT: UNTS<br>COMMENT: |
| GREENSBORO RADIOLOGY<br>P O BOX 1259<br>DEPT 91312<br>GREENSBORO, NC  27408 | $0.00<br>INT: .00%<br>NAME ID: 130953<br>CLAIM #: 0013 | (U) UNSECURED<br>NOT FILED<br>ACCT: 3145<br>COMMENT: |
| GUILFORD CO REGISTER OF DEEDS<br>P O BOX 3427<br>GREENSBORO, NC  27402 | $52.00<br>INT: .00%<br>NAME ID: 1159<br>CLAIM #: 0025 | (Z) SPECIAL COST ITEM<br><br>ACCT:<br>COMMENT: |
| GUILFORD COUNTY TAX DEPT<br>400 W MARKET ST<br>GREENSBORO, NC  27401 | $0.00<br>INT: .00%<br>NAME ID: 159804<br>CLAIM #: 0001 | (P) PRIORITY<br>NOT FILED<br>ACCT:<br>COMMENT: |
| INTERNAL REVENUE SERVICE<br>P O BOX 7317<br>PHILADELPHIA, PA  19101-7317 | $1,320.87<br>INT: .00%<br>NAME ID: 123769<br>CLAIM #: 0002 | (P) PRIORITY<br><br>ACCT: 18TX<br>COMMENT:  OC,520A,320A, 320A, 220A |

| NAME & ADDRESS OF CREDITOR | AMOUNT | CLASSIFICATION |
|---|---|---|
| INTERNAL REVENUE SERVICE<br>P O BOX 7317<br>PHILADELPHIA, PA  19101-7317 | $0.00<br>INT:  .00%<br>NAME ID:  123769<br>CLAIM #:  0014 | (U) UNSECURED<br>AMENDED<br>ACCT:  PEN<br>COMMENT:  520A,320A, 320A, 220A |
| MCAP URGENT MEDICAL<br>102 POMONA DR<br>GREENSBORO, NC  27407 | $0.00<br>INT:  .00%<br>NAME ID:  132443<br>CLAIM #:  0015 | (U) UNSECURED<br>NOT FILED<br>ACCT:  3781<br>COMMENT: |
| N C DEPARTMENT OF REVENUE<br>BANKRUPTCY UNIT<br>P O BOX 1168<br>RALEIGH, NC  27602-1168 | $540.87<br>INT:  .00%<br>NAME ID:  9699<br>CLAIM #:  0003 | (P) PRIORITY<br><br>ACCT:  18TX<br>COMMENT:  OC |
| N C DEPARTMENT OF REVENUE<br>BANKRUPTCY UNIT<br>P O BOX 1168<br>RALEIGH, NC  27602-1168 | $7,226.54<br>INT:  .00%<br>NAME ID:  9699<br>CLAIM #:  0016 | (U) UNSECURED<br><br>ACCT:  3781<br>COMMENT: |
| NC QUICK PASS CUSTOMER SERVICE CTR<br>200 SORRELL GROVE CHURCH RD STE A<br>MORRISVILLE, NC  27560 | $0.00<br>INT:  .00%<br>NAME ID:  138927<br>CLAIM #:  0017 | (U) UNSECURED<br>NOT FILED<br>ACCT:<br>COMMENT: |
| NOVANT HEALTH<br>P O BOX 11549<br>WINSTON SALEM, NC  27116 | $0.00<br>INT:  .00%<br>NAME ID:  25265<br>CLAIM #:  0018 | (U) UNSECURED<br>NOT FILED<br>ACCT:  0679<br>COMMENT: |
| NOVANT MEDICAL GROUP<br>P O BOX 30143<br>CHARLOTTE, NC  28230-0143 | $0.00<br>INT:  .00%<br>NAME ID:  126875<br>CLAIM #:  0019 | (U) UNSECURED<br>NOT FILED<br>ACCT:  4789<br>COMMENT: |
| PIEDMONT ORTHOPEDICS<br>300 W NORTHWOOD ST<br>GREENSBORO, NC  27401 | $0.00<br>INT:  .00%<br>NAME ID:  63354<br>CLAIM #:  0020 | (U) UNSECURED<br>NOT FILED<br>ACCT:  5676<br>COMMENT: |
| RHONDA RIDDLE<br>5104 CAROLWOOD RD<br>GREENSBORO, NC  27407 | $0.00<br>INT:  .00%<br>NAME ID:  169312<br>CLAIM #:  0021 | (U) UNSECURED<br>NOT FILED<br>ACCT:<br>COMMENT:  DISP |
| SAFECO<br>P O BOX 6476<br>CAROL STREAM, IL  60197 | $0.00<br>INT:  .00%<br>NAME ID:  155373<br>CLAIM #:  0022 | (U) UNSECURED<br>NOT FILED<br>ACCT:  3781<br>COMMENT: |
| WAKE FOREST BAPTIST HEALTH<br>1 MEDICAL CENTER BLVD<br>WINSTON SALEM, NC  27157 | $0.00<br>INT:  .00%<br>NAME ID:  155374<br>CLAIM #:  0024 | (U) UNSECURED<br>NOT FILED<br>ACCT:  7596<br>COMMENT: |
| WAKE FOREST UNIVERSITY HOSPITAL<br>6880 W SNOWVILLE RD STE 210<br>BRECKSVILLE, OH  44141 | $0.00<br>INT:  .00%<br>NAME ID:  122091<br>CLAIM #:  0023 | (U) UNSECURED<br>NOT FILED<br>ACCT:  3260<br>COMMENT: |

PAGE 3  -  CHAPTER 13 CASE NO. 19-11377

| NAME & ADDRESS OF CREDITOR | AMOUNT | CLASSIFICATION |
|---|---|---|
| WILMINGTON SAVINGS FUND SOCIETY FSB<br>DOING BUSINESS AS CHRISTIANA TRUST<br>NEW REZ LLC DBA SHELLPOINT MTG SVCING<br>P O BOX 10826<br>GREENVILLE, SC  29603-0826 | $36,458.84<br>INT: 8.63%<br>NAME ID: 182965<br>CLAIM #: 0007 | (F) FULL PAY MH/RP - SECURED<br><br>ACCT: 9537<br>COMMENT:  DT RERP,FLPY |
| WILMINGTON SAVINGS FUND SOCIETY FSB<br>DOING BUSINESS AS CHRISTIANA TRUST<br>NEW REZ LLC DBA SHELLPOINT MTG SVCING<br>P O BOX 10826<br>GREENVILLE, SC  29603-0826 | MONTHLY PMT  $0.00<br>INT: .00%<br>NAME ID: 182965<br>CLAIM #: 0026 | (H) ONGOING-SECURED<br>AMENDED<br>ACCT: 9537<br>COMMENT:  OC,ESCROW,CTD,820OR |
| WILMINGTON SAVINGS FUND SOCIETY FSB<br>DOING BUSINESS AS CHRISTIANA TRUST<br>NEW REZ LLC DBA SHELLPOINT MTG SVCING<br>P O BOX 10826<br>GREENVILLE, SC  29603-0826 | $450.00<br>INT: .00%<br>NAME ID: 182965<br>CLAIM #: 0027 | (H2) POST-PETITION FEES-SECURED<br><br>ACCT: 9537<br>COMMENT:  POST PET FEE,1020OR |
| **TOTAL:** | **$73,697.64** | |
| DAMON DUNCAN ESQ<br>628 GREEN VALLEY RD STE 304<br>GREENSBORO, NC  27408 | $3,500.00 | ATTORNEY FEE |

ANITA JO KINLAW TROXLER, TRUSTEE
500 W FRIENDLY AVE STE 200
P O BOX 1720
GREENSBORO, NC  27402-1720

NOTICE OF FILING OF REPORT OF FILED CLAIMS

The foregoing Report of Filed Claims has been filed with the Bankruptcy Court based on an audit of claims filed in the Trustee's office.  The claims are allowed unless objection is made by the Debtor or other party in interest.

Any objection to a claim should be filed in writing with the Bankruptcy Court at the address below and a copy must be served on the Trustee:

> Clerk, U.S. Bankruptcy Court
> 101 S. Edgeworth Street
> P.O. Box 26100
> Greensboro, NC  27420-6100

If an objection is filed, a hearing will be scheduled before the Court.  The Trustee will continue making disbursements on the claims unless an objection is filed.

Date:  10/15/2020

OFFICE OF THE CHAPTER 13 TRUSTEE

By:  /s/  Gayle McFarland
Clerk
Chapter 13 Office
500 W FRIENDLY AVE STE 200
P O BOX 1720
GREENSBORO, NC  27402-1720

cc:  Debtor
Attorney for Debtor - Electronic Notice